940

No. 589, Misc.   DAVIES v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 590, Misc.   DE VONEY v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 593, Misc.   HARRIS v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 601, Misc.   NEALY v. GLADDEN, WARDEN.   Supreme Court of Oregon.   Certiorari denied.

No. 603, Misc.   FAAS v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 613, Misc.   MAPLES v. MISSOURI ET AL.   Supreme Court of Missouri.   Certiorari denied.

No. 615, Misc.   THOMPSON v. LAINSON, WARDEN.   Supreme Court of Iowa.   Certiorari denied.

No. 634, Misc.   FREEMAN v. BIBB, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, ET AL.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 645, Misc.   LUFT v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 656, Misc.   HARRIS v. MISSOURI ET AL.   Supreme Court of Missouri and Circuit Court of Polk County, Missouri.   Certiorari denied.

No. 592, Misc.   CIANCI v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.